1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    ELLEN NORDEN,                        1:10-cv-0361-DLB (PC)

12              Plaintiff,
                                           ORDER DENYING MOTION FOR
13    vs.                                  APPOINTMENT OF COUNSEL

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND REHABILITATION,      ( #6)
15    et al,
                  Defendants.
16
      _____/
17

18         On May 6, 2010, plaintiff filed a motion seeking the appointment of counsel.  Plaintiff

19    does not have a constitutional right to appointed counsel in this action, *Rand v. Rowland*, 113

20    F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent plaintiff

21    pursuant to 28 U.S.C. § 1915(e)(1).  *Mallard v. United States District Court for the Southern*

22    *District of Iowa*, 490 U.S. 296, 298, 109 S. Ct. 1814, 1816 (1989).  However, in certain

23    exceptional circumstances the court may request the voluntary assistance of counsel pursuant to

24    section 1915(e)(1).  *Rand*, 113 F.3d at 1525.

25         Without a reasonable method of securing and compensating counsel, the court will seek

26    volunteer counsel only in the most serious and exceptional cases.  In determining whether

27    "exceptional circumstances exist, the district court  must evaluate both the likelihood of success

28    of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

-1-

1   complexity of the legal issues involved." *Id.* (internal quotation marks and citations omitted).

2          In the present case, the court does not find the required exceptional circumstances.  Even

3   if it is assumed that plaintiff is not well versed in the law and that he has made serious allegations

4   which, if proved, would entitle him to relief, his case is not exceptional.  This court is faced with

5   similar cases almost daily.  Further, at this early stage in the proceedings, the court cannot make a

6   determination that plaintiff is likely to succeed on the merits, and based on a review of the record

7   in this case, the court does not find that plaintiff cannot adequately articulate his claims.  *Id.*

8          For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY

9   DENIED, without prejudice.

10          IT IS SO ORDERED.

11       **Dated:    May 13, 2010**                    _____/s/ **Dennis L. Beck**_____
                                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28